U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 22 2018

TONY R. MOORE, CLERK
BY: _____ MB
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KATY CREDEUR | * | CIVIL ACTION NO. 2:16-CV-566 |
| | * | |
| VERSUS | * | |
| | * | UNASSIGNED DISTRICT JUDGE |
| ST. CHARLES GAMING COMPANY, | * | |
| LLC D/B/A ISLE OF CAPRI CASINO | * | |
| | * | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (*de novo*) review of the record, noting the absence of any objections, and having determined that the findings and the recommendations are correct under the applicable law; it is hereby

**ORDERED** that the defendant's Motion for Summary Judgment (Doc. 13) is **DENIED**.

**IT IS FURTHER ORDERED** that the defendant's Motion to Seal (Doc. 14) is **DENIED**. The defendant shall refile the subject documents with appropriate redactions pursuant to Federal Rule of Civil Procedure 5.2 within seven (7) days from the date of this Order.

**IT IS FURTHER ORDERED** that defendant's Motion for Hearing (Doc. 15) is **DENIED AS MOOT**.

**SIGNED** at Alexandria, Louisiana this 22nd day of February, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE